NINA BORDONARO, Appellant, *v.* BANK OF BLASDELL, Respondent.

Argued January 22, 1941; decided February 27, 1941.

*William J. Flynn, Philip A. Laing* and *Melvin Greene* for appellant.

*A. T. O' Neill, Frank M. Osta* and *Joseph A. Marion* for respondent.

Judgments reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that a fair question of fact was presented upon this record. No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., LEWIS and CONWAY, JJ.